UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE BEAVERS,<br><br>Plaintiff,<br><br>v.<br><br>SGT. JOHN DOE<br><br>Defendant. | Case No. 1:24-cv-00942-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S CLAIM FOR FAILURE TO PROTECT AGAINST DEFENDANT SGT. JOHN DOE AND ALL OTHER CLAIMS BE DISMISSED<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE<br><br>(ECF Nos. 1, 8, 9)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS |

Plaintiff Issac Lamaar Montgomery is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). In his complaint filed on August 14, 2024, Plaintiff alleges Defendant Sgt. John Doe intentionally placed him a building knowing that he would be assaulted by other prison inmates as retaliation for not "donating" his suits used for his trial. (*Id.,* at 3).

On January 8, 2026, the Court screened the complaint, concluding that Plaintiff sufficiently stated a claim for Failure to Protect in violation of the Eighth Amendment against Defendant Sgt. John Doe. (ECF No. 8). The Court explained why the complaint otherwise failed to state any others claims against Defendant and gave Plaintiff thirty days to either file (1) a notice to go forward on his cognizable claims, (2) an amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge.

On January 20, 2026, Plaintiff filed a notice stating that he wants to proceed only on the claims that the Court found cognizable. (ECF No. 9).

Accordingly, for the reasons set forth in the Court's screening order (ECF No. 8), and because Plaintiff has notified the Court that he wants to proceed on the claims that the Court found should proceed past screening (ECF No. 9), **IT IS RECOMMENDED** that this case only proceed on Plaintiff's claim for Failure to Protect in violation of the Eighth Amendment against Defendant Sgt. John Doe, and all other claims be dismissed.

Additionally, the Clerk of Court is directed **TO ASSIGN A DISTRICT JUDGE** to the case.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits. Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 21, 2026**            /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE