UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY L. BEAVERS,

Plaintiff,

v.

SGT. JOHN DOE,

Defendant.

1:24-cv-00942-EPG (PC)

ORDER AUTHORIZING ISSUANCE OF SUBPOENA *DUCES TECUM* AND SETTING DEADLINES

ORDER DIRECTING CLERK TO SEND PLAINTIFF ONE COPY OF FORM AO 88B AND ONE COPY OF FORM USM-285

Plaintiff Gary L. Beavers is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. (ECF No. 1). Plaintiff filed the complaint commencing this action on August 14, 2024. (*Id.*).

On January 8, 2026, the Court screened Plaintiff's complaint (ECF No. 1) and found that Plaintiff's Eighth Amendment failure to protect claim against Sgt. John Doe should proceed past screening. (ECF No. 8).   Because Defendant's identity is not known to Plaintiff, the Court stated that "the Court will authorize the issuance of a subpoena so that Plaintiff can seek document(s) that identify the Doe Defendant(s)

> Defendants Doe 1 and Doe 2 cannot be served until Plaintiff has identified them and filed a motion to substitute, or amended his complaint to substitute, the named defendants in place of the Doe defendants. For service to be successful, the Court and/or the United States Marshal must be able to identify and locate the defendants to be served. Plaintiff will be given the opportunity to seek information

1

to identify the Doe defendants. However, it is ultimately Plaintiff's responsibility to identify the Doe Defendants for the case to proceed against them.

(ECF No. 9 at 8 & n.1).

Accordingly, the Court will authorize the issuance of a subpoena *duces tecum* and direct the Clerk of Court to send Plaintiff one copy of form AO 88B and one copy of form USM-285, for unidentified Defendant Sgt. John Doe to be completed by Plaintiff. When completing these subpoena forms, Plaintiff should only request documents that may assist him in identifying Sgt. John Doe.

On the AO 88B form, in the section that beings with "To: (Name of person to whom this subpoena is directed)," Plaintiff should identify the person or entity he is seeking the documents from. Since Plaintiff is seeking information about employees at California State Prison, Wasco, Wasco, the California Department of Corrections and Rehabilitation appears to be the logical recipient of the subpoena.

In the blank space between the lines starting with "production" and "place," Plaintiff should identify the documents he is seeking that would assist him in identifying and serving unidentified Defendant, such as any documents related to identities of the people matching the descriptions of the defendants, or photos, names, and addresses of the officers on duty the day of the alleged incident.

The "place" and date and "time of the production" boxes refer to the date on which the documents should be produced to the Plaintiff and the address of where the documents should be sent, such as the place of his incarceration or his residence.

Plaintiff should **not** fill out Proof of Service section of the AO 88B form, it will be completed by the U.S. Marshalls after they serve the subpoenas. Similarly, Plaintiff should not fill out the section of the USM-285 form that is marked "Space Below for Use of U.S. Marshal Only – Do Not Write Below this Line."

The "Serve At" Section on the USM-285 form should match "To:" section on the AO 88B form, providing the name and address of the person or entity to whom subpoena is directed, such as the California Department of Corrections and Rehabilitation.

Once Plaintiff has completed and returned forms AO 88B and USM-285, the Court will review the documents and, if they are correctly completed, the Court will direct the United States Marshals Service to serve the subpoena.[1] The Court notes that it may limit Plaintiff's request for production of documents.

Plaintiff has 120 days from the date of service of this order to file a motion to substitute named a named defendant in place of Sgt. John Doe. Failure to file a motion to substitute by this deadline may result in the dismissal of the unidentified defendants.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one copy of form USM-285;

2. Plaintiff has **thirty days** from the date of service of this order to complete and return forms AO 88B and USM-285; and

3. Plaintiff has **120 days** from the date of this order, which is **May 21, 2026**, to file a motion to substitute a named Defendant in place of Sgt. John Doe. **Failure to file a motion to substitute by this deadline may result in the dismissal of the entire action.**

IT IS SO ORDERED.

Dated:   **January 21, 2026**        /s/ _Eric P. Grop_
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If after being served with the subpoena, the responding person or entity fails to respond or objects to providing documents, Plaintiff may file a motion to compel. The motion must be filed with the Court and served on the responding person or entity.