UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY L. BEAVERS,

                     Plaintiff,

       v.

JOHN DOE,

                  Defendant.

Case No.   1:24-cv-00942-KES-EPG (PC)

ORDER FOR CALIFORNIA STATE PRISON: WASCO PRISON LITIGATION COORDINATOR TO PROVIDE INFORMATION REGARDING SUBPOENA RESPONSE

(ECF No. 14)

ORDER FOR THE CLERK OF THE COURT TO SEND THIS ORDER AND PLAINTIFF'S MOTION (ECF NO. 14) TO LITIGATION COORDINATOR OF WASCO STATE PRISON

Plaintiff Gary L. Beavers ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff filed the complaint commencing this action on August 14, 2024. (*Id.*). This case proceeds on Plaintiff's claim of failure to protect in violation of the Eighth Amendment against Sgt. John Doe. (ECF No. 11).

On January 22, 2026, the Court authorized the Issuance of Subpoena Duces Tecum to seek information regarding the identity of Sgt. John Doe. (ECF No. 12).

On February 23, 2026, Plaintiff filed a Motion to Issue Additional Subpoenas. (ECF No. 14). In his motion, Plaintiff indicates that Wasco State Prison identified Sgt. John Doe as Louis

1

A. Carlos, who is deceased[1]. (*Id.* at 1). However, Plaintiff claims this is not the correct individual, as the Doe defendant "…was a black, very fit, 'drill sergeant looking' man, similar in height and build to me." (*Id.*). Plaintiff now requests additional subpoenas to determine the identity of the individual. (*Id.* at 2-3).

In order to consider Plaintiff's request for additional subpoenas, the Court requires more information from Wasco State Prison. Accordingly, the Court orders Wasco State Prison to file a response to this order that provides the Court with its response to Plaintiff's subpoena duces tecum as well as an explanation as to how the Doe defendant was determined.

It is thus ordered that Wasco State Prison shall file a response to Plaintiff's motion with a copy of its response to the subpoena as well as a description of how the identity of Doe defendant was determine no later 21 days from the date of this order, i.e., March 17, 2026.

Additionally, the Court requests the Clerk of Court to send a copy of this order and Plaintiff's motion (ECF No. 14) to the Wasco State Prison Litigation Coordinator.

IT IS SO ORDERED.

Dated:    **February 24, 2026**                        /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not include the response from Wasco State Prison with his motion.

2