**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY L. BEAVERS, | No. 1:24-cv-0942 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS, AND DIRECTING THE CASE PROCEED ONLY ON PLAINTIFF'S CLAIM FOR FAILURE TO PROTECT AGAINST DEFENDANT SGT. JOHN DOE |
| v. | |
| JOHN DOE, | |
| Defendant. | Docs. 9, 11 |

Gary L. Beavers is a state prisoner proceeding pro se and in forma pauperis in this civil rights action, asserting he suffered violations of his civil rights at Wasco State Prison. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a), and found Beavers stated a cognizable claim against defendant "John Doe" for failure to protect in violation of the Eighth Amendment. Doc. 8 at 4-6. However, the magistrate judge found Beavers failed to state claims for violations of his First and Fourteenth Amendment rights. *Id.* at 6-7. In response to the screening order, Beavers notified the court that he wished to proceed on his cognizable claim. Doc. 9.

On January 22, 2026, the assigned magistrate judge issued findings and recommendations, incorporating the findings in the screening order and recommending the action proceed on Beavers' claim under the Eighth Amendment. Doc. 11 at 1-2. The court served the findings and recommendations on Beavers and notified him that any objections were due within 30 days. *Id.*

1

at 2.  In addition, the court advised Beavers that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Beavers did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court reviewed this matter de novo. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and by proper analysis.  The court **ORDERS**:

1. The findings and recommendations issued on January 22, 2026 (Doc. 11), are **ADOPTED** in full.

2. This action **SHALL** proceed <u>only</u> on the Eighth Amendment claim against Defendant John Doe for failure to protect.

3. All other claims are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    March 8, 2026

_____
UNITED STATES DISTRICT JUDGE

2